## THE PEOPLE *v.* LORENZO.

### APPPEAL from the District Court of Humacao.

No. 479.—Decided December 10, 1912.

CRIMINAL LAW—TRANSCRIPT OF RECORD—OMISSION OF NOTICE OF APPEAL.—The notice of appeal not having been included in the transcript of the record, it does not appear that this court has jurisdiction to decide the appeal which, therefore, should be dismissed. *The People* v. *Lorenzo,* decided December 9, 1912.

*Mr. Arturo Aponte, Jr.,* for appellant.
*Mr. Charles E. Foote, fiscal,* for The People.
MR. JUSTICE DEL TORO delivered the opinion of the court.

After a careful examination of the transcript of the record in this case we have failed to find the notice of appeal. Therefore it does not appear from the transcript that this court has jurisdiction to hear the case and decide it upon its merits. See the opinion of this court in the case of *The People* v. *Antolino Lorenzo,* decided yesterday, December 9, 1912.

The appeal should be dismissed.

*Appeal dismissed.*

Chief Justice Hernández and Justices MacLeary, Wolf and Aldrey concurred.